Madhuri Trivedi,
ATTN: Women Who Code
44 Tehama St, 5th Floor, San Francisco, CA 94105
Fax: 708-778-4859  Phone: (650) 242-5135
Email: orangeinc@protonmail.com

# U.S. DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| **Madhuri Trivedi** | Case No.: |
| --- | --- |
|  | **1:19-cv-11862-PBS** |
| Plaintiff, |  |
| v. |  |
|  | **Proof of service** |
| **General Electric et al.** |  |
| Defendants. |  |

## PROOF OF SERVICE

I hereby certify that a true and correct copy of summons, complaint, exhibits were served through process servers for each and all defendants.

GE, GE Healthcare, GE board of directors and Larry Culp were served on 9/9/2019.

Mike Swinford was served on 9/11/2019.

Foley and Mansfield lawfirm was served on 9/10/2019.

Fragomen was served on 9/11/2019.

Jenny Schrager was served on 9/11/2019.

Carl Conrath was served on 9/13/2019.

Please find attached affidavits from process servers.

Respectfully Submitted,

Page - 1 - of 2                                     Trivedi v. General Electric et. al

1  Dated: September 16th, 2019

2  Madhuri Trivedi- Pro Se

3  /s/Madhuri Trivedi

4

5  ATTN: Women Who Code
   44 Tehama St, 5th Floor, San Francisco, CA 94105
   Fax: 708-778-4859 Phone: (650) 242-5135
6  Email: orangeinc@protonmail.com
   Linkedin:- linkedin.com/in/trivedim

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28