UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADHURI TRIVEDI,<br><br>   Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; GE HEALTHCARE; LARRY CULP, CEO OF GE IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; GE BOARD OF DIRECTORS; FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP; JENNY SCHRAGER, PARTNER AT FRAGOMEN, DEL REY, BERNSEN & LOWEY, LLP, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; MIKE SWINFORD, FORMER CEO OF GEHC SERVICES IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; CARL CONRATH, SENIOR ENGINEERING MANAGER OF GE HEALTHCARE IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; AND FOLEY & MANSFIELD LAW FIRM<br><br>   Defendants | NO. 1:19-CV-11862-PBS |

**DEFENDANT FOLEY & MANSFIELD LAW FIRM'S
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

  Defendant, Foley & Mansfield Law Firm ("F&M"), respectfully asks this Court to extend the time for it to respond to the Complaint from **October 1, 2019** to **October 15, 2019**. This extension will allow its legal counsel adequate time to review and respond to the Complaint. In support of this motion, F&M states:

  1.  The Complaint filed in this action is over 188 pages, includes 34 exhibits, and asserts at least fifteen counts against nine defendants. The Plaintiff appears to allege that F&M

committed legal malpractice by, *inter alia*, failing to bring and/or pursue various statutory claims against General Electric after F&M sent a letter from its office in Minneapolis, Minnesota on July 16, 2014 to General Electric Healthcare in Wauwatosa, Wisconsin.

2. F&M does not have an office, or do business in, the Commonwealth of Massachusetts and was therefore unable to retain counsel to defend it until September 23, 2019.

3. Because of the length and scope of the Complaint, along with the time and location in which the alleged legal malpractice occurred, undersigned counsel requires additional time to assess and appropriately respond to the Complaint

4. No party will be prejudiced by extending the current response deadline by fourteen (14) days. In fact, allowing counsel additional time to assess and respond to the Complaint will only serve the interests of justice.

5. The Plaintiff will not assent to extending this deadline to **October 15, 2019**.

**WHEREFORE**, the Defendant, Foley & Mansfield Law Firm, respectfully asks this Court to extend the time by which they must respond to the Complaint to **October 15, 2019**.

Defendants,
Foley & Mansfield Law Firm,
By its attorneys,

*/s/ William R. Covino*
Susan E. Cohen BBO#553353
William R. Covino, BBO#673474
Susan M. Silva, BBO#694176
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 951-2100
scohen@peabodyarnold.com
wcovino@peabodyarnold.com
ssilva@peabodyarnold.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that he reached out to the Plaintiff via telephone on September 25 and 26, 2019, but was unable to reach her. On September 27, 2019, counsel conferred with the Plaintiff via email, who was agreeable to extending the deadline for F&W to respond to the Complaint, but the Plaintiff was not agreeable to a two-week extension.

/s/ William R. Covino
William R. Covino, Esq.

## CERTIFICATE OF SERVICE

I, William R. Covino, hereby certify that I have this 27th day of September 2019, I served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

/s/ William R. Covino
William R. Covino

1649232_1
14926-205265