# U.S. DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Madhuri Trivedi**<br><br>        Plaintiff,<br><br>v.<br><br>**General Electric et al.**<br><br>        Defendants. | Case No.:<br><br>   **1:19-cv-11862-PBS**<br><br>**Notice of interlocutory appeal** to United States Court of Appeals For the First Circuit |

## NOTICE OF APPEAL

Notice is hereby given that Madhuri Trivedi, the plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the order ( ECF 139)denying motion to recuse (ECF 138) entered in this action on __August 24, 2020.

Respectfully Submitted,   Dated: August 30, 2020

Madhuri Trivedi- Pro Se
/s/Madhuri Trivedi
Fax: 708-778-4859 Phone: (650) 242-5135
Email: orangeinc@protonmail.com
Linkedin:- linkedin.com/in/trivedim
Twitter:- @madhuritrivd
607 Boylston Street, PMB 334 - Lower Level
Boston, MA 02116

### CERTIFICATE OF SERVICE

The CM/ECF system sends notification of filing to all the parties. **Therefore, when this document is docketed on ECF; t**he ECF system will then email all parties –registered to receive such service, notifying them that I have filed a document. Those parties will then be able to get a copy of the document. This process for docketing on ECF is deemed to be service under Rule 5(b) of the Federal Rules of Civil Procedure**.**
Dated: August 30 ,2020
/s/Madhuri Trivedi