UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADHURI TRIVEDI,<br><br>　　　　　Plaintiff,<br>v.<br>GENERAL ELECTRIC COMPANY et al,<br><br>　　　　　Defendants. | CIVIL ACTION NO.  1:19-cv-11862 |

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

SARIS, D.J.

　　It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the appeal with the United States Court of Appeals.

10/15/2020
Date

By the Court,

/s/ Casey Baker
Deputy Clerk